UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY L. RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| CHOANOKE PUBLIC TRANSPORTATION | ) | 2:14-CV-42-BO |
| AUTHORITY and PAMELA PERRY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that because ninety (90) days have passed since a notice of death was filed and no party having appeared or moved to be substituted for the plaintiff, this action is hereby DISMISSED.

This case is closed.

**This judgment filed and entered on August 17, 2015, and served on:**

Mary-Ann Leon (via CM/ECF Notice of Electronic Filing)
Mary Craven Adams (via CM/ECF Notice of Electronic Filing)

August 17, 2015

JULIE RICHARDS JOHNSTON, CLERK

_Lindsay Romine_
By: Deputy Clerk